# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of April, two thousand twenty-six.

Before:     Denny Chin,
            Richard J. Sullivan,
            Eunice C. Lee,
                *Circuit Judges*.

_____

In Re: Kwok

Ho Wan Kwok,                              **JUDGMENT**

    Debtor,                         Docket No. 24-2504

Mei Guo,

    Counter-Defendant-Appellant,

HK International Funds Investments (USA)
Limited, LLC,

    Plaintiff-Counter-Defendant-Appellant,

v.

Luc A. Despins, Chapter 11 Trustee,

    Defendant-Counter-Claimant-Appellee,

United States Trustee,

    Trustee.

_____

The appeal in the above captioned case from a judgment of the United States District Court for the District of Connecticut was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court granting the Trustee's motion for summary judgment is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

